SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff
LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>Plaintiff,<br><br>vs.<br><br>MCLOGAN SUPPLY CO., INC.; JAYNE R. HENDRICKS, AS TRUSTEE OF THE JAYNE R. HENDRICKS SEPARATE PROPERTY TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:25-cv-02790-GW (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br><br>Complaint Filed:  March 31, 2025<br>Trial Date:         None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Leemanuel Weilch, ("Plaintiff") hereby dismisses the above-captioned action in its entirety with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated: April 10, 2025             SO. CAL. EQUAL ACCESS GROUP

                                  By: */s/ Jason J. Kim*
                                      Jason J. Kim, Esq.

                                  Attorney for Plaintiff Leemanuel Weilch